[No. 12554–4–II.   Division Two.   June 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH DANIEL MORGAVI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–00861–2, John N. Skimas, J., entered January 17, 1989. *Reversed* by unpublished opinion per

Alexander, C.J., concurred in by Petrich, J., and Draper, J. Pro Tem. Now published at 58 Wn. App. 733.